# NO. 12-22-00087-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LATONYA WEEMS,* **APPELLANT** | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 1* |
| *MOSAIC APARTMENTS,* **APPELLEE** | § | *JEFFERSON COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure.[1] *See* TEX. R. APP. P. 42.3.

LaTonya Weems, acting pro se, filed a notice of appeal on March 10, 2022. Pursuant to Rule 32.1, Apppellant's docketing statement was due to have been filed at the time the appeal was perfected. *See* TEX. R. APP. P. 32.1. On March 10, Appellant was asked to file a docketing statement within seven days and on March 29, was asked to file the docketing statement immediately.. On April 13, the Clerk of this Court issued a notice advising Appellant that the docketing statement was past due. The notice provided that unless the docketing statement was filed on or before April 25, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. The date for filing the docketing statement has passed, and Appellant has not complied with the Court's request.

Because Appellant failed, after notice, to comply with Rule 32.1, the appeal is ***dismissed***.[2] *See* TEX. R. APP. P. 42.3(c) (after giving ten days' notice, appellate court may

---

[1] This case was transferred to this Court from the Ninth Court of Appeals in Beaumont, Texas, pursuant to a docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

dismiss appeal because appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered May 4, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[2] Even a pro se litigant is held to the same standards as licensed attorneys and must comply with all applicable rules of procedure. *See* **Muhammed v. Plains Pipeline, L.P.**, No. 12-16-00189-CV, 2017 WL 2665180, at *2 n.3 (Tex. App.—Tyler June 21, 2017, no pet.) (mem. op.).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 4, 2022**

**NO. 12-22-00087-CV**

**LATONYA WEEMS,**
Appellant
V.
**MOSAIC APARTMENTS,**
Appellee

Appeal from the County Court at Law No. 1

of Jefferson County, Texas (Tr.Ct.No. 137017)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*